## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DANIEL D. WHITE, SR., ) <br> ) <br> Defendant. ) | 8:12CR93 <br><br> ORDER |

Defendant Daniel D. White, Sr. appeared before the court on Monday, June 10, 2013 on a Petition for Warrant or Summons for Offender Under Supervision [50]. The defendant was represented by Assistant Federal Public Defender Richard H. McWilliams and the United States was represented by U.S. Air Force Attorney Alexander O. Dehner. The government did not request detention therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Magistrate Judge Gossett.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Magistrate Judge Gossett in Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **July 17, 2013 at 2:00 p.m.** Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

DATED this 10th day of June, 2013.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge